# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELIDA E. LEWIS, | : | CIVIL ACTION |
| vs. | : | |
| AMERICAN LIMOUSINE, INC., et al. | : | NO. 17-04866 |

## O R D E R

**AND NOW, TO WIT:** This 1st day of March, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Katie Rolon*
　　　 Katie Rolon
　　　 Civil Deputy Clerk

Copies Emailed on 3/1/18 to:
　Arkady Eric Rayz, Esq.
　Gerald D. Wells, III, Esq.
　Timothy McCarthy, Esq.

Civ 2 (7/83)

41.1(b)